UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | C-06-2758CRB<br>Case No. M:03-CV-01699-CRB<br>MDL No. 1699<br>JUDGE BREYER |
| This document relates to:<br>HENRY A. ROLAND<br>(Case No. 4:06-cv-00083-REL, originally filed in the Western District of Missouri) | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER Case No. 4:06-cv-00083-REL ORIGINALLY FILED IN THE WESTERN DISTRICT OF MISSOURI |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff Henry A. Roland, Case Number 4:06-cv-00083-REL, originally filed in the Western District of Missouri on January 30, 2006 and later transferred to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, pursuant to Conditional Transfer Order Seventeen (CTO-17), may be and is hereby dismissed without prejudice.

**This Stipulation and Order of Dismissal does not relate to nor does it have any effect upon the following action within which Henry A. Roland is also a named plaintiff: Henry A. Roland *v. G.D. Searle & Co.*, Case Number CV05-06229-RGK (JWJx) (a "Celebrex" complaint), originally filed in the Central District of California.**

The parties hereby stipulate that Plaintiff will proceed in the MDL only through the

1  California action, and jurisdiction and venue for the trial of the action will be proper in whichever of
2  the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.
3      The parties shall each bear their own costs.

Dated: April 21, 2006

ROBINSON, CALCAGNIE & ROBINSON

*[signature]*

Mark P. Robinson, Jr., SBN054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiff*
HENRY A. ROLAND

Dated: April 21, 2006

GORDON & REES

*[signature]*

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3 | Dated: May 12, 2006

HONORABLE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*